Anna Belesiotis, CA SBN 272710
Assistant Federal Public Defender
Email: anna_belesiotis@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00273-AN-1 |
| Plaintiff, | |
| v. | FIRST UNOPPOSED MOTION TO CONTINUE TRIAL |
| JOSHUA AMES CARTRETTE, | |
| Defendant. | |

Defendant, Joshua Ames Cartrette, through his attorney, Anna Belesiotis, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for September 16, 2025, for a period of approximately 91 days, to December 16, 2025, or a date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration and is unopposed by Assistant United States Attorney Pamela Paaso.

Mr. Cartrette is charged by Information with Assault on a Federal Officer in violation of 18 U.S.C. § 111 (a)(1), a class A misdemeanor. Mr. Cartrette is currently on pretrial release. Additional time is needed for the defense to investigate, review discovery, meet with Mr. Cartrette, and discuss any potential resolution of this matter.

Specifically, the parties request the Court exclude the 91-day period from September 16, 2025, through December 16, 2025, under the Speedy Trial Act. The ends of justice are served by a 91-day continuance of this matter.

Mr. Cartrette understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: August 19, 2025.

*/s/ Anna Belesiotis*
Anna Belesiotis, CA SBN 272710