SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**PAMELA PAASO, TXSB #24060371**
Assistant United States Attorney
Pamela.Paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00273-AN** |
| **v.** | **MOTION TO DISMISS INFORMATION** |
| **JOSHUA AMES CARTRETTE,** | |
| **Defendant.** | |

The government moves this Court for an order pursuant to Rule 48(a) Fed. R. Crim. P. dismissing without prejudice the information filed on June 23, 2025, in the interest of justice.

Dated: October 30, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Pamela Paaso*
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney

**Motion to Dismiss Information**                                      **Page 1**