# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

**UNITED STATES OF AMERICA**  3:25-cr-00273-AN

   v.  **ORDER TO DISMISS INFORMATION**

**JOSHUA AMES CARTRETTE,**

   **Defendant.**

The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the Information filed on June 23, 2025, be dismissed without prejudice.

Dated: November 10, 2025

_____
HONORABLE ADRIENNE NELSON
United States District Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney


*/s/ Pamela Paaso*
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney